UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:					Case Number: 13-21297 GMB

Debtor: Brenda J. Gibson

| Check Number | Creditor | Amount |
|---|---|---|
| 1857994 | Umar Alam | 1587.80 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014